1050

THE STATE OF WASHINGTON, *Respondent*, v. HEZZIE ALEX BAINES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-04225-5, Thomas P. Larkin, J., entered January 9, 2009. *Reversed* by unpublished opinion per Ellington, J., concurred in by Appelwick and Spearman, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. CULLEN LYLE WICK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-03618-2, D. Gary Steiner, J., entered October 24, 2008. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Van Deren, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA STEELE ZWART, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-00071-4, Gary R. Tabor, J., entered May 7, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.